**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| DEITER FAMILY, L.P. | : No. 942 MAL 2015 |
| | : |
| v. | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| CITY OF EASTON BUILDING CODE | : |
| BOARD OF APPEALS  CITY OF | : |
| EASTON, | : |
| | : |
| Intervenor | : |
| | : |
| W.B. MOORE, INC., | : |
| Intervenor | : |
| | : |
| | : |
| | : |
| | : |
| PETITION OF: CITY OF EASTON | : |
| BUILDING CODE BOARD OF APPEALS | : |
| AND CITY OF EASTON | : |
| | : |
| | : |
| | : |
| | : |
| | : |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 17th day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.